March 04, 2011

Mr. William Richard Thompson II
750 N. St. Paul Street, Suite 1800
Dallas, TX 75201

Mr. Greg White
P.O. Box 1470
Waco, TX 76703-1470

Ms. Kimberly S. Keller
234 W. Bandera Road, #120
Boerne, TX 78006

Mr. Eddie Vassallo
3710 Rawlins, Suite 1200
Dallas, TX 75219-6410

Mr. John Aldrich Wright
2711 LBJ Freeway, Suite 1032
Dallas, TX 75234

RE: Case Number: 10-0386
 Court of Appeals Number: 05-10-00515-CV
 Trial Court Number: CC-09-01417-B

Style: IN RE DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH &
 HOSPITAL SYSTEM

Dear Counsel:

 Today the Supreme Court of Texas granted the Agreed Motion to Abate
and issued the enclosed abatement order in the above-referenced case. The
case is removed from the Court's active docket until March 9, 2011, by
which the parties must file either a status report or motion to dismiss.
 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk

Enclosure
|cc:|Mr. John Warren |
| |Ms. Lisa Matz |
| |Mr. Edward Lopez Jr. |
| |Mr. Mark D. Smith |
| |Mr. B. Scott Daugherty |
| |Honorable Timothy King |
| |Fifer |